STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
MICHAEL W. WHITAKER (Cal. Bar No. 185971)
Special Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6148
     Facsimile: (213) 894-0142
     E-mail:    Michael.Whitaker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 14-00182-SVW |
| Plaintiff, | [~~Proposed~~] ORDER AND FINDINGS OF FACT RE: EXCLUDABLE TIME; RE-SETTING JURY TRIAL DATE |
| v. | |
| JORGE GUZMAN, | |
| Defendant. | |

THE COURT MAKES THE FOLLOWING FINDINGS OF FACT:

1.   Jury trial is scheduled for defendant Jorge Guzman ("defendant") in the above-captioned case for April 21, 2015.  The Court has previously made findings of fact and found "excludable time" for defendant pursuant to the Speedy Trial Act through that date.

2.   The parties have also indicated that additional discovery was provided to the defense on March 20, 2015.  Further, counsel for the defense has indicated that he needs additional time to review and discuss the recently provided discovery with defendant.

3. The parties have indicated that they require further time to complete a resolution of this case. Defendant and counsel have indicated that they require further time to review the recently provided discovery materials such that the factual statement in a proposed plea agreement can be completed.

4. At the request of each of the parties, the Court finds that the period from April 21, 2015 through May 26, 2015 is "excludable delay" because: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The jury trial date of April 21, 2015 is ordered VACATED. A Status Conference and Change of Plea Hearing is scheduled for April 13, 2015, and jury trial is scheduled for May 26, 2015.

IT IS SO ORDERED.

DATED: April _9_, 2015

HONORABLE STEPHEN V. WILSON

Presented by:

    /s/
MICHAEL W. WHITAKER
Special Assistant United States Attorney

2