FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE GUZMAN,<br>Defendant. | Case No. 2:14-CR-00182-SVW-3<br>**ORDER OF DETENTION**<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |

On August 3, 2026, Defendant Jorge Guzman made his initial appearance on the petition for revocation of supervised release and warrant for arrest, and a detention hearing was held.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☐ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further

proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include failure to report for mental health counseling, failure to report for drug testing, failure to notice probation officer within 72 hours of being arrested or questions by a law enforcement officer and failing to report to the probation officer.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition listed above, and allegation of using controlled substances in violations of supervision conditions, and

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 4, 2026

Patricia Donahue

PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE